■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHNNY B. STEWART, Appellant.— In a criminal action, the defendant appeals from an order of the County Court, Suffolk County, dated May 22, 1963 (erroneously referred to in the notice of appeal as April 24, 1963), which denied his renewed motion to inspect the Grand Jury minutes and to dismiss the indictment. Appeal dismissed. The order is not appealable; it is reviewable only on an appeal from a judgment of conviction (Code Crim. Pro., § 517; *People* v. *Latoski,* 2 A D 2d 891). No such appeal is pending; no notice of appeal from the judgment of conviction rendered October 7, 1958 against the defendant has ever been filed. [For prior related appeal, see *People* v. *Stewart,* 16 A D 2d 962.]   Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.